USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
               :
LUIS HERNANDEZ,              :
               :
          Plaintiff,       :
               :     16-CV-6139 (JPC) (RWL)
      -v-               :
               :     ORDER
UNITED STATES OF AMERICA et al., :
               :
         Defendants.     :
               :
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     Counsel for all parties are hereby directed to appear before the undersigned for a Pretrial Conference on February 12, 2021, at 2:00 p.m.  In light of the ongoing COVID-19 pandemic, the Court will conduct the Pretrial Conference by teleconference.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

     SO ORDERED.

Dated: November 16, 2020
       New York, New York

                                        JOHN P. CRONAN
                              United States District Judge