UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUIS HERNANDEZ,                                                        :
                                                                       :
                              Plaintiff,         :
                                                                       :    16-CV-6139 (JPC) (RWL)
       -v-                                                             :
                                                                       :    <u>ORDER</u>
UNITED STATES OF AMERICA et al.,                                       :
                                                                       :
                          Defendants.        :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Pretrial Conference scheduled for February 12, 2021, at 2:00 p.m. is hereby adjourned *sine die*.

       The parties are ORDERED to file a status letter with the Court on May 11, 2021. In that status letter, the parties should address (1) the status of any settlement discussions, including whether the parties request a referral to the Court-annexed mediation program or a settlement conference with Judge Lehrburger; and (2) whether they anticipate filing any summary judgment motions and, if so, the subject matter of any motions.

       SO ORDERED.

Dated: February 5, 2021
       New York, New York
                                                          JOHN P. CRONAN
                                              United States District Judge