USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS HERNANDEZ,

              Plaintiff,

     - against -

UNITED STATES OF AMERICA, et al,

             Defendants.
------------------------------------------------------------X

16-CV-6139 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On June 27, 2023, Plaintiff filed a letter motion to compel Defendant to pay interest on late-paid settlement amounts. (Dkt. 142.) The parties then undertook to attempt to resolve the matter without further court intervention, and existing deadlines were extended to August 25, 2023. (Dkt. 146.) The Court has not heard anything from the parties since. Accordingly, by October 6, 2023, the parties shall file a joint status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 29, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1